UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE SMITH                                          CIVIL ACTION

VERSUS                                                NO.  11-2367

MICHAEL J. ASTRUE,                                    SECTION "F" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate

Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED,

the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and

is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __3rd__ day _____January_____, 2013.


_____
UNITED STATES DISTRICT JUDGE